# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00640-CV

### In re Asplundh Tree Expert Co.

### ORIGINAL PROCEEDING FROM BASTROP COUNTY

## O R D E R

**PER CURIAM**

Relator has filed a motion for temporary relief and stay and a petition for writ of mandamus. *See* Tex. R. App. P. 52.3, 52.10. We grant the motion for temporary relief and stay the trial court's order pending further orders of this Court.

It is ordered October 4, 2013.

Before Justices Puryear, Rose and Goodwin